UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NIGEL FREDRICKS, | | |
| Plaintiff, | | |
| -against- | | 22-CV-0622 (LTS) |
| WARDEN JANE DOE, O.B.C.C.; CORRECTIONAL OFFICER N. OLIVA, #1352; CAPTAIN OFFICER E. GONZALEZ, #1266, | | CIVIL JUDGMENT |
| Defendants. | | |

Pursuant to the order issued March 8, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 8, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge